# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

March 6, 2020

*Before*

MICHAEL S. KANNE, *Circuit Judge*

DIANE S. SYKES, *Circuit Judge*

AMY C. BARRETT, *Circuit Judge*

Nos. 18-3693 & 19-1439

| | |
|---|---|
| RONALD CROSBY, *Plaintiff-Appellant*, | Appeals from the United States District Court for the Northern District of Illinois, Eastern Division. |
| *v.* | |
| | No. 18-cv-4094 |
| CITY OF CHICAGO, *et al.*, *Defendants-Appellees*. | Virginia M. Kendall, *Judge*. |

**O R D E R**

On February 19, 2020, the Plaintiff-Appellant petitioned for panel rehearing and rehearing *en banc* on the issue of costs. No judge in active service has requested a vote to rehear the case *en banc* and all members of the original panel have voted to deny rehearing and to issue an amended opinion. The court's opinion dated February 5, 2020 is amended by the attached opinion.

Accordingly, **IT IS ORDERED** that the petition for rehearing and rehearing *en banc* is **DENIED**.